UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JEANINE COHEN,

Plaintiff,

-against-

C. BERMAN ASSOCIATES, INC.,

Defendant.

------------------------------------------------------------x

**ORDER**

26 Civ. 1728 (JGLC) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

On July 7, 2026, Defendant C. Berman Associates, Inc. filed a motion to dismiss the complaint and to stay discovery pending adjudication of the motion. *See* ECF Nos. 10-11. Pursuant to Rule 6.1(b) of the Local Rules of United States District Courts for the Southern and Eastern Districts of New York, any opposition papers must be served within 14 days after service of the moving papers. *See* Local Civil Rule 6.1(b). Accordingly, Plaintiff's opposition to the motion to dismiss was due to be filed by July 21, 2026. As of the date of this Order (July 27, 2026), Plaintiff has not filed her opposition papers, nor has she sought an extension of time in which to do so.

The Court, on its own accord, hereby extends the deadline for Plaintiff to file her submission in opposition to Defendant's motion to dismiss to **Thursday, August 27, 2026**. Defendant's reply papers, if any, must be filed by September 3, 2026.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: July 27, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge