UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JEANINE COHEN,

Plaintiff,

**ORDER**

-against-

26 Civ. 1728 (JGLC) (AEK)

C. BERMAN ASSOCIATES, INC.,

Defendant.

-----------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

On July 7, 2026, Defendant filed a motion to dismiss the complaint and to stay discovery pending the adjudication of the motion. ECF No. 10. On July 27, 2026, the Court *sua sponte* extended Plaintiff's deadline to file her opposition to the motion. ECF No. 12. On August 24, 2026, Plaintiff filed her opposition to the motion to dismiss, and moved, in the alternative, for leave to file a first amended complaint. ECF No. 13. Plaintiff included a proposed first amended complaint as an exhibit to her opposition brief. *Id.* at 10-18.[1]

On September 2, 2026, Defendant filed a letter addressed to the undersigned requesting withdrawal of the motion to dismiss on the basis that the pending motion was mooted by the submission of the proposed amended complaint. ECF No. 14. Defendant further requested that the Court deem the proposed amended complaint to be filed and to provide Defendant the time allotted by the Federal Rules of Civil Procedure to move, answer, or otherwise respond to the amended complaint. *Id.*

---

[1] All references to page numbers from Plaintiff's opposition brief and proposed amended complaint are to the page numbers assigned by the Court's Electronic Case Filing ("ECF") system.

Defendant's requests are GRANTED. Accordingly, the Court hereby orders that:

(1) The Clerk of Court is respectfully directed to terminate the pending motion to dismiss and for a stay of discovery at ECF No. 10;

(2) The Clerk of Court is further respectfully directed to docket Plaintiff's proposed amended complaint—which is currently on the docket at ECF No. 13 at 10-27—as a standalone document, with a filing date of August 24, 2026, and to label it as the Amended Complaint in this matter; and

(3) Defendant must answer or otherwise respond to the Amended Complaint on or before **Thursday, September 17, 2026.**

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: September 3, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge