UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JEANINE COHEN,

Plaintiff,

-against-

C. BERMAN ASSOCIATES, INC.,

Defendant.

-----------------------------------------------------------x

**ORDER**

26 Civ. 1728 (JGLC) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

A further status conference is hereby set for **Thursday, January 7, 2027 at 11:00 a.m.**, before Magistrate Judge Krause, in person in Courtroom 250 or by videoconference if there are any discovery disputes; by telephone, using the same teleconference line as the October 23, 2026 conference, if there are not. The Civil Case Discovery Plan and Scheduling Order will be docketed separately.

To access the teleconference, please follow these directions: (1) dial the meeting number: 1-855-244-8681; (2) enter the access code: 2312 503 5451; and (3) press pound, followed by pound again (##) to enter the teleconference as a guest. Should counsel or any pro se party experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

The Clerk of Court is directed to mail a copy of this Order to the pro se Plaintiff.

Dated: October 23, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge